UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Leonard James Fisherman, Jr.</u>

   v.                                      Case No. 22-cv-246-SE

<u>John Doe 1, et al</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 9, 2023, for the reasons set forth therein.

**So Ordered.**

                                                       _____
                                                       Samantha D. Elliott
                                                       United States District Judge

Date: February 10, 2023

cc:   Leonard James Fisherman, Jr., pro se